UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SALAMI,

                  Plaintiff,         Civil Action No.: 15-12248
                                       Honorable Terrence G. Berg
v.                              Magistrate Judge Elizabeth A. Stafford

DEPUTY CLEMENTS, *et al.*,

                  Defendants.
_____/

## <u>ORDER GRANTING MOTION TO AMEND COMPLAINT [R. 16]</u>

Plaintiff Michael Salami, a prisoner proceeding *pro se*, filed the instant complaint alleging claims against certain Macomb County Jail officials, Correct Care Solutions ("CCS"), the Macomb County Jail and Sheriff Anthony Wickersham.  To date no defendant has been served. Salami now moves to amend his complaint to dismiss his claims against Wickersham and the Jail, and add defendant Macomb County.

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), Salami has the right to amend his complaint once as a matter of course within 21 days after serving it.  Since the complaint has not yet been served, Salami does not require leave of this Court to amend his complaint.  For this reason, Salami's motion to amend his complaint **[R. 16]** is **GRANTED**.

Since Salami's motion did not include a proposed amended complaint

as required by Local Rule 15.1, he shall have until **August 7, 2015,** to file

his amended complaint naming the correct parties.

**IT IS SO ORDERED.**

Dated: July 21, 2015                    s/Elizabeth A. Stafford
Detroit, Michigan                       ELIZABETH A. STAFFORD
                                        United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which

provides a period of fourteen (14) days from the date of receipt of a copy of

this order within which to file objections for consideration by the district

judge under 28 U. S. C. §636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served
upon counsel of record and any unrepresented parties via the Court's ECF
System to their respective email or First Class U.S. mail addresses
disclosed on the Notice of Electronic Filing on July 21, 2015.

                                        s/Marlena Williams
                                        MARLENA WILLIAMS
                                        Case Manager