UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SALAMI,

                Plaintiff,          Civil Action No.: 15-12248
                                        Honorable Terrence G. Berg
v.                               Magistrate Judge Elizabeth A. Stafford

DEPUTY CLEMENTS, *et al.*,

                Defendants.

_____/

## ORDER

On August 28, 2015, this Court ordered that plaintiff Michael Salami,

a prisoner proceeding *pro se*, file his amended complaint, compiling all his

various proposed amendments, with the Court on or before September 10,

2015.  [Dkt. 46].  On September 8, 2015, the Court received notice that

Salami had been relocated to another correctional facility.  He requested

that all orders filed since August 20, 2015, be re-mailed to his new address,

which allows the Court to infer that he did not receive the August 28th

Order.  In addition, because Salami is located in segregation, he requested

a 14-day extension to any briefing schedule, as he requires extra time due

to delays caused by being housed in segregation.

For these reasons, it is hereby ORDERED that Salami's amended

complaint is due **ON OR BEFORE October 8, 2015**.  Defendants'

amended answer will be due fourteen days after service of Salami's

amended complaint.


**IT IS SO ORDERED.**


Dated: September 10, 2015          s/Elizabeth A. Stafford
Detroit, Michigan                  ELIZABETH A. STAFFORD
                                   United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which

provides a period of fourteen (14) days from the date of receipt of a copy of

this order within which to file objections for consideration by the district

judge under 28 U. S. C. §636(b)(1).



## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served
upon counsel of record and any unrepresented parties via the Court's ECF
System to their respective email or First Class U.S. mail addresses
disclosed on the Notice of Electronic Filing on September 10, 2015.

                                   s/Marlena Williams
                                   MARLENA WILLIAMS
                                   Case Manager