UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SALAMI,

          Plaintiff,        Civil Action No.: 15-12248
                                   Honorable Terrence G. Berg
v.                                 Magistrate Judge Elizabeth A. Stafford

DEPUTY CLEMENTS, *et al.*,

          Defendants.
_____/

## ORDER

On August 28, 2015, this Court ordered that plaintiff Michael Salami, a prisoner proceeding *pro se*, file his amended complaint, compiling all his various proposed amendments, with the Court on or before September 10, 2015. [Dkt. 46]. On September 8, 2015, the Court received notice that Salami had been relocated to another correctional facility. He requested that all orders filed since August 20, 2015, be re-mailed to his new address, which allows the Court to infer that he did not receive the August 28th Order. In addition, because Salami is located in segregation, he requested a 14-day extension to any briefing schedule, as he requires extra time due to delays caused by being housed in segregation. On September 10, 2015, the Court extended the time for filing the amended complaint until October 8, 2015.

On September 15, the Court received another letter from Salami, acknowledging receipt of the Court's earliest order and requesting until October 15, 2015, to amend his complaint.  Given Salami's placement in segregation and the fact that only one additional week is requested, the Court grants Salami's request.

For these reasons, it is hereby ORDERED that Salami's amended complaint is due **ON OR BEFORE October 15, 2015**.  Defendants' amended answer will be due fourteen days after service of Salami's amended complaint.

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated: September 16, 2015<br>Detroit, Michigan | s/Elizabeth A. Stafford<br>ELIZABETH A. STAFFORD<br>United States Magistrate Judge |

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 16, 2015.

                                                                <u>s/Marlena Williams</u>
                                                                 MARLENA WILLIAMS
                                                                 Case Manager